

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y

★ NOV 25 2013 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

PAIMAI BENOIT,

                              Plaintiff,

          -against-

THE CITY OF NEW YORK, DETECTIVE ALEXANDROS
KALOGIROS (TAX 936837), POLICE OFFICER BRIAN
DAVIS (TAX 934720), AND JOHN DOE,

                              Defendants.

-----------------------------------------------------------x

**STIPULATION OF DISMISSAL**

13 Civ. 1228 (ILG)(MDG)

      **WHEREAS,** plaintiff commenced this action by filing a complaint on or about March 8, 2013, alleging that defendants violated plaintiff's federal and state civil rights; and

      **WHEREAS,** plaintiff now seeks to voluntarily dismiss the matter in its entirety and with prejudice; and

      **WHEREAS,** plaintiff has authorized his counsel to voluntarily dismiss this matter on the terms set forth below;

[The remainder of this page has been intentionally left blank]

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, as follows:

1. The above-referenced action is hereby dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(B), with prejudice, and without costs, expenses, or attorneys' fees to any party.

Ryan Joseph Lawlor
Law Office of Michael S. Lamensoff
Attorney for Plaintiff
80 Maiden Lane
12th Floor
New York, NY 10038

By: _____
Ryan Joseph Lawlor, Esq.
*Attorney for Plaintiff*

Dated: New York, New York
11/25, 2013

MICHAEL A. CARDOZO
Corporation Counsel of the
  City of New York
*Attorney for Defendants City, Kalogiros, and Davis*

100 Church Street
New York, New York 10007
(212) 356-3533

By: _____  11/12/13
Uriel B. Abt, Esq.
*Assistant Corporation Counsel*

SO ORDERED:

s/ILG

HON. I. LEO GLASSER
UNITED STATES DISTRICT JUDGE

- 2 -